Dennis Hopkins
PERKINS COIE LLP
30 Rockefeller Plaza
New York, New York 10112-0085
Telephone: 212.262.6900
Facsimile:  212.977.1649
DHopkins@perkinscoie.com

*Attorney for Defendants MFCXY, Inc., LRAM Company B.V. and Leonid Radvinsky*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **WAG ACQUISITION, L.L.C.,**<br><br>    Plaintiff,<br><br>    v.<br><br>**MFCXY, INC., LRAM COMPANY B.V., LEONID RADVINSKY and DOES 1-20**,<br><br>    Defendants. | No. 2:14-cv-03196-ES-MAH<br><br>**RULE 7.1 STATEMENT** |

The undersigned counsel for MFCXY, Inc. and LRAM Company B.V. certifies that both parties are non-governmental corporate parties, neither party has a parent corporation, and no publicly held corporation owns 10% or more of either party's stock.

DATED:  July 31, 2014

By: s/ Dennis Hopkins
    Dennis Hopkins
    PERKINS COIE LLP
    30 Rockefeller Plaza
    New York, New York 10112-0085
    Telephone: 212.262.6900
    Facsimile:  212.977.1649
    DHopkins@perkinscoie.com

*Attorney for Defendants MFCXY, Inc., LRAM Company B.V. and Leonid Radvinsky*