Dennis Hopkins
PERKINS COIE LLP
30 Rockefeller Plaza
New York, New York 10112-0085
Telephone: 212.262.6900
Facsimile: 212.977.1649
DHopkins@perkinscoie.com

*Attorney for Defendants MFCXY, Inc., LRAM Company B.V., Leonid Radvinsky, Cybertania, Inc. and Activesoft, Inc.*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **WAG ACQUISITION, L.L.C.,** <br><br> Plaintiff, <br><br> v. <br><br> **MFCXY, INC., LRAM COMPANY B.V., LEONID RADVINSKY, CYBERTANIA, INC., ACTIVESOFT, INC. and DOES 1-20**, <br><br> Defendants. | No. 2:14-cv-03196-ES-MAH <br><br> **RULE 7.1 STATEMENT** |

The undersigned counsel for Cybertania, Inc. and Activesoft, Inc. certifies that both parties are non-governmental corporate parties, neither party has a parent corporation, and no publicly held corporation owns 10% or more of either party's stock.

- 2 -

DATED: September 22, 2014

                                                        By: s/ Dennis Hopkins
                                                            Dennis Hopkins
                                                            PERKINS COIE LLP
                                                            30 Rockefeller Plaza
                                                            New York, New York 10112-0085
                                                            Telephone: 212.262.6900
                                                            Facsimile:  212.977.1649
                                                            DHopkins@perkinscoie.com

*Attorney for Defendants MFCXY, Inc., LRAM Company B.V,. Leonid Radvinsky, Cybertania, Inc. and Activesoft, Inc.*