Ronald Abramson
David G. Liston
**LEWIS BAACH pllc**
The Chrysler Building, 405 Lexington Avenue
New York, NY 10174
Tel: (212) 826-7001
*Attorneys for Plaintiff*

**CLOSED**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **WAG ACQUISITION, L.L.C.**, <br><br> Plaintiff, <br><br> v. <br><br> **MFCXY, INC.; LRAM COMPANY B.V.; LEONID RADVINSKY; CYBERTANIA, INC.; ACTIVESOFT, INC.; and DOES 1-20,** <br><br> Defendants. | Case No.: **2:14-cv-3196-ES-MAH** <br><br> **NOTICE OF DISMISSAL** |

Plaintiff WAG ACQUISITION, L.L.C. hereby dismisses this action and all claims therein against Defendants MFCXY, INC., CYBERTANIA, INC., ACTIVESOFT, INC., LRAM COMPANY, B.V., and LEONID RADVINSKY, with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: May 5, 2015

s/ Ronald Abramson
Ronald Abramson
**LEWIS BAACH pllc**
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Tel: (212) 826-7001
*Attorneys for Plaintiff*

*So Ordered —*
*[signature] USDJ*
*5/8/15*